UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE MCALLISTER,   **Case No.: 2:18-cv-13459-GCS-SDD**

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.
_____/

PRICE LAW GROUP, APC
David A. Chami, AZ #027585
8245 North 85th Way
Scottsdale, AZ 85258
P: (818) 600-5515
E: david@pricelawgroup.com

CHAMI LAW, PLLC
Tarek N. Chami (P76407)
16030 Michigan Ave. STE 215
Dearborn, MI 48126
P: (313) 444-5029
E: tarek@chamilawpllc.com
*Attorneys for Plaintiff*
*Michelle McAllister*

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff, Michelle McAllister, and Defendant, Capital One Bank (USA), N.A., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and Plaintiff expects to file a Stipulation for Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all deadlines in this matter. Plaintiff further requests

that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Date: April 3, 2019

RESPECTFULLY SUBMITTED,

*/s/David A. Chami*
PRICE LAW GROUP, APC
David A. Chami, AZ #027585
8245 North 85th Way
Scottsdale, AZ 85258
P: (818) 600-5515
E: david@pricelawgroup.com

CHAMI LAW, PLLC
Tarek N. Chami (P76407)
16030 Michigan Ave. STE 215
Dearborn, MI 48126
P: (313) 444-5029
E: tarek@chamilawpllc.com
*Attorneys for Plaintiff*
*Michelle McAllister*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Elizabeth Nanez*