UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE MCALLISTER,                    Case No.: 2:18-cv-13459-GCS-SDD

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.
_____/

PRICE LAW GROUP, APC
David A. Chami, AZ #027585
8245 North 85th Way
Scottsdale, AZ 85258
P: (818) 600-5515
E: david@pricelawgroup.com

CHAMI LAW, PLLC
Tarek N. Chami (P76407)
16030 Michigan Ave. STE 215
Dearborn, MI 48126
P: (313) 444-5029
E: tarek@chamilawpllc.com
*Attorneys for Plaintiff*
*Michelle McAllister*

**STIPULATION FOR DISMISSAL OF CAPITAL ONE BANK (USA), N.A.**

**WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

  Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Michelle McAllister and Defendant Capital One Bank (USA), N.A. ("Capital One"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Capital One.  The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

Respectfully submitted this 29th day of April 2019,

| **PRICE LAW GROUP, APC** | **CLARK HILL PLC** |
|---|---|
| <u>/s/David A. Chami</u> | <u>/s/Jennifer K. Green (with consent)</u> |
| PRICE LAW GROUP, APC | Jennifer K. Green (P69019) |
| David A. Chami, AZ #027585 | Clark Hill PLC |
| 8245 North 85th Way | 151 S. Old Woodward Ave., Ste. 200 |
| Scottsdale, AZ 85258 | Birmingham, MI 48009 |
| P: (818) 600-5515 | (248) 988-2315 |
| E: david@pricelawgroup.com | jgreen@clarkhill.com |
|  | Attorneys for Defendant |
| CHAMI LAW, PLLC | Capital One Bank (USA), N.A. |
| Tarek N. Chami (P76407) |  |
| 16030 Michigan Ave. STE 215 |  |
| Dearborn, MI 48126 |  |
| P: (313) 444-5029 |  |
| E: tarek@chamilawpllc.com |  |
| *Attorneys for Plaintiff* |  |
| *Michelle McAllister* |  |

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

<u>/s/Elizabeth Nanez</u>