UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE MCALLISTER,                    Case No.: 2:18-cv-13459-GCS-SDD

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Capital One Bank (USA), N.A. [15] ,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice, as to Capital One Bank (USA), N.A., with the parties to bear their own attorneys' fees, costs, and expenses.

**SO ORDERED.**


Date: April 30, 2019        <u>s/George Caram Steeh</u>
                                    HONORABLE GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE